VINCENT DI GEMMA, Appellant, v. CITY OF NEW YORK, Respondent.—
No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

WILLIAM SMITH, Appellant-Respondent, v. EMENEE INDUSTRIES, INC., Respondent-Appellant.— Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

WERNER GALLEWSKI, as Ancillary Administrator of the Estate of FRITZ B. GUTMANN, Deceased, Respondent, v. H. HENTZ & Co., Appellant.— Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

JOSE B. CALVA et al. v. J. LASKIN & SONS CORPORATION et al.— Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See ante, pp. 850, 907.]

EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY OF WISCONSIN, Plaintiff, v. FAIRCHILD PRESS, INC., et al., Defendants, and STEEL CONSTRUCTION COMPANY, Defendant and Third-Party Plaintiff-Appellant. A. J. McNULTY & Co., Third-Party Defendant-Respondent.— Present — Cohn, J. P., Callahan, Van Voorhis and Shientag, JJ. [See ante, p. 895.]

HERBERT STELZER et al. v. STELZER BROS., INC.— Present — Dore, J. P., Cohn, Callahan and Shientag, JJ. [See ante, p. 984.]

THE PEOPLE OF THE STATE OF NEW YORK v. JULES H. BENDER.— Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See ante, p. 982.]